UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO RODRIGUEZ MOTA., <br><br> Plaintiff, <br><br> v. <br><br> BUTLER AMUSEMENTS, INC., <br><br> Defendant | No: 2:23-CV-00871-CKD <br><br> ORDER |

**Order on Plaintiff's Motion for Extension of Time to Effect Service**

It is HEREBY ORDERED that plaintiff's Motion for Extension of Time to Effect Service Motion is granted.  (ECF No. 6.)  The period to effectuate service of process upon Defendants is extended by sixty (60) days, to expire on December 5, 2023.

Dated:  October 11, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,rodr.0871