UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO RODRIGUEZ MOTA,<br><br>    Plaintiff,<br><br>    v.<br><br>BUTLER AMUSEMENTS, INC.,<br><br>    Defendant. | No. 2:23–cv–0871–CKD<br><br>ORDER TO SHOW CAUSE |

On October 11, 2023 this court granted plaintiff a 60 day extension to complete service of process. (ECF No. 7.) Plaintiff was ordered to effectuate service of process on defendant by December 5, 2023. (Id.) The initial scheduling order required plaintiff to "file with the Clerk a certificate reflecting such service." (See ECF No. 3 at ¶ 2.)

That deadline has now passed, and the record does not reflect that plaintiff has attempted service on defendant. Thus, plaintiff's complaint is on the verge of being dismissed.

Accordingly, IT IS HEREBY ORDERED that within 14 days of this order, plaintiff shall

/////

/////

/////

/////

/////

1

file a statement with the court indicating the status of service.  Failure to respond to this order, or failure to show good cause for the lack of service of process, will result in dismissal of plaintiff's case without prejudice.

Dated:  January 2, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21, rodr.0871