1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GONZALO RODRIGUEZ MOTA,                   No.  2:23-cv-00871-CKD

12              Plaintiffs,

13        v.                                   ORDER AND FINDINGS AND
                                               RECOMMENDATIONS TO DISMISS FOR
14   BUTLER AMUSEMENTS, INC.,                  FAILURE TO SERVE

15              Defendant.

16

17        On May 10, 2023, plaintiff filed this action and the Clerk of Court issued service

18   documents.  (ECF Nos. 1, 2, 3.)  Plaintiff was required to serve defendant with copies of the

19   summons and complaint within 90 days of filing the complaint. Fed. R. Civ. P. 4(c)(1) & (m). On

20   October 11, 2023 this court granted plaintiff's request for a 60 day extension to complete service

21   of process.  (ECF No. 7.)  The court ordered plaintiff to effectuate service of process on defendant

22   by December 5, 2023.

23        On January 2, 2024, this court ordered plaintiff to file a statement with the court indicating

24   the status of service. (ECF No. 8.)  Plaintiff was cautioned that failure to comply with the court's

25   order within fourteen days would result in dismissal of plaintiff's case without prejudice.  The

26   relevant deadlines have now passed, and plaintiff has not filed proof of service with the court or

27   otherwise shown good cause for the lack of service.

28

                                            1

1   If a defendant is not served by the deadline, the court—on motion or on its own after

2   notice to the plaintiff—must dismiss the action without prejudice against that defendant or order

3   that service be made within a specified time.  Fed. R. Civ. P. 4(m).  Here, the court has ordered

4   plaintiff to show proof of service and plaintiff has failed to comply.  Accordingly, the

5   undersigned recommends that this action be dismissed without prejudice.

6                                          **ORDER**

7   The Clerk of Court is hereby directed to randomly assign a district judge to this matter.

8                          **FINDINGS AND RECOMMENDATIONS**

9   IT IS HEREBY RECOMMENDED that

10   1.  Plaintiffs' claims be DISMISSED WITHOUT PREJUDICE;

11   2.  The Clerk of Court be directed to CLOSE this case; and

12   These findings and recommendations are submitted to the United States District Judge

13   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen (14)

14   days after being served with these findings and recommendations, plaintiffs may file written

15   objections with the court.  Such a document should be captioned "Objections to Magistrate

16   Judge's Findings and Recommendations."  Plaintiffs are advised that failure to file objections

17   within the specified time may waive the right to appeal the District Court's order.  Turner v.

18   Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir.

19   1991).

20   Dated:  January 22, 2024

21                                          _____
                                           CAROLYN K. DELANEY
22                                         UNITED STATES MAGISTRATE JUDGE

23   21,rodr.0871

24

25

26

27

28

                                              2